UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PB-966-C

Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for Prestige Financial Services, Inc.

In Re:

JASON P. HAMILTON

Order Filed on April 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 24-17508

Adv. No.

Hearing Date: 3-13-25

Judge: (JKS)

**ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 15, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Jason P. Hamilton
Case No: 24-17508
Caption of Order: Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for Prestige Financial Services, Inc. ("Prestige"), with the appearance of Herbert B. Raymond, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. **That Prestige is the holder of a first purchase money security interest encumbering a 2018 Honda CR-V bearing vehicle identification number 2HKRW2H58JH631374.**
2. **That commencing March 2025, if the Debtor fails to make any payment to Prestige within thirty (30) days it falls due, Prestige shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtor, his attorney, and the Chapter 13 Trustee.**
3. **That the Debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. Prestige must be listed as loss payee. If the Debtor fails to maintain valid insurance on the vehicle, Prestige shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney, and the Chapter 13 Trustee.**
4. **That the Debtor is to pay a counsel fee of $449.00 to Prestige Financial Services, Inc. through his Chapter 13 Plan.**