Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−17508−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason P Hamilton
   aka Jason P Hamilton Sr.
   172 Glenwood Road
   Elizabeth, NJ 07208

Social Security No.:
   xxx−xx−0708

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 28, 2025.


Dated: April 28, 2025
JAN: zlh

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17508-JKS |
| Jason P Hamilton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 28, 2025 | Form ID: plncf13 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason P Hamilton, 172 Glenwood Road, Elizabeth, NJ 07208-1140 |
| cr | + | Prestige Financial Services, Inc., 2860 Patton Road, Roseville, MN 55113-1100 |
| 520344597 | + | AGL Resources Inc., PO Box 4569, Atlanta, GA 30302-4569 |
| 520344598 | + | AIS Services LLC, 50 California Street, Ste. 150, San Francisco, CA 94111-4612 |
| 520344607 | + | Elizabethtown Gas, PO Box 11811, Newark, NJ 07101-8111 |
| 520344605 | | Elizabethtown Gas, PO Box 1208, Newark, NJ 07101 |
| 520344608 | + | Harley Davidson, 3700 W Juneau Avenue, Milwaukee, WI 53208-2818 |
| 520344615 | + | Johnna Hamilton, 172 Glenwood Road, Elizabeth, NJ 07208-1140 |
| 520344626 | + | NJ EZ Pass NJ, PO Box 4971, Trenton, NJ 08650-4971 |
| 520344622 | + | New Jersey American Water, 233 Canoe Brook Road, Short Hills, NJ 07078-1013 |
| 520344633 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520533601 | + | Prestige Financial Services, Inc., William E. Craig, Esquire, Eisenberg, Gold & Agrawal, P.C., 1040 North Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2025 21:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2025 21:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520344599 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2025 21:44:59 | Capital One Services, Inc., 15000 Capital One Drive, Richmond, VA 23238 |
| 520344600 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2025 21:45:25 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 520344601 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2025 21:45:21 | Capital One, NA, Capital One Bank (USA) N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520344602 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Apr 28 2025 21:35:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 520344603 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Apr 28 2025 21:35:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 520344604 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 28 2025 21:44:55 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520344606 | + | Email/Text: g2sogasbnkr@southernco.com | Apr 28 2025 21:34:00 | Elizabethtown Gas, PO Box 4569, Atlanta, GA 30302-4569 |
| 520344609 | + | Email/Text: bankruptcy.notices@hdfsi.com | Apr 28 2025 21:37:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 520344610 | + | Email/Text: bankruptcy.notices@hdfsi.com | | |

Case 24-17508-JKS    Doc 53    Filed 04/30/25    Entered 05/01/25 00:14:30    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: plncf13 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| | | Apr 28 2025 21:37:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 520414695 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Apr 28 2025 21:35:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 520344613 | + Email/Text: Bankruptcy@ICSystem.com | Apr 28 2025 21:36:00 | IC Systems, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520344611 | + Email/Text: Bankruptcy@ICSystem.com | Apr 28 2025 21:36:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 520344617 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2025 21:45:05 | LVNV Funding, Attn: Resurgent Capital, 15 South Main Street, Greenville, SC 29601-2743 |
| 520344616 | ^ MEBN | Apr 28 2025 21:26:12 | Logs Legal Group LLC, 14000 Commerce Parkway, Ste. B, Mount Laurel, NJ 08054-2242 |
| 520384649 | Email/Text: BankruptcyECFMail@mccalla.com | Apr 28 2025 21:36:00 | Nationstar Mortgage LLC., McCalla Raymer Leibert Pierce, LLC, c/o Laura Egerman, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830 |
| 520344618 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 28 2025 21:35:00 | Mr. Cooper, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 520344619 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 28 2025 21:35:00 | Mr. Cooper, 800 State Highway 121 Bypass, Lewisville, TX 75067-4180 |
| 520399178 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 28 2025 21:35:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas , TX , 75261-9741 |
| 520344625 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 28 2025 21:35:00 | NJ EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 520344627 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 28 2025 21:35:00 | NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 520344628 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 28 2025 21:35:00 | NJ Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095 |
| 520391105 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 28 2025 21:35:00 | New Jersey Turnpike Authority, Ramn de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520344620 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 28 2025 21:35:00 | Nationstar Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520344623 | + Email/Text: csc.bankruptcy@amwater.com | Apr 28 2025 21:37:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 520344624 | + Email/Text: csc.bankruptcy@amwater.com | Apr 28 2025 21:37:00 | New Jersey American Water, 1 Water Street, Camden, NJ 08102-1658 |
| 520344621 | Email/Text: csc.bankruptcy@amwater.com | Apr 28 2025 21:37:00 | New Jersey American Water, PO Box 371476, Pittsburgh, PA 15250-7331 |
| 520367571 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2025 21:45:01 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520344629 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2025 21:44:49 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 520344630 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2025 21:55:46 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520344631 | Email/Text: signed.order@pfwattorneys.com | Apr 28 2025 21:35:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520377777 | + Email/Text: bankruptcy@gopfs.com | Apr 28 2025 21:37:00 | PRESTIGE FINANCIAL SERVICES, BANKRUPTCY DEPARTMENT, PO BOX 26707, SALT LAKE CITY, UT 84126-0707 |
| 520344632 | ^ MEBN | Apr 28 2025 21:24:37 | Prestige Financial Services, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 520344634 | + Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | | Date/Time | Address |
|---|---|---|---|---|
| | | | Apr 28 2025 21:55:44 | Resurgent Capital, 15 S Main Street, Ste. 600, Greenville, SC 29601-2768 |
| 520344635 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 28 2025 21:45:19 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520344636 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | | |
| | | | Apr 28 2025 21:55:46 | Sprint, 6360 Sprint Parkway, Overland Park, KS 66251-6101 |
| 520344637 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | | |
| | | | Apr 28 2025 21:45:16 | Sprint Customer Service, PO Box 8077, London, KY 40742-8077 |
| 520404781 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Apr 28 2025 21:45:27 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520344614 | *+ | IC Systems, Inc, P0 Box 64378, Saint Paul, MN 55164-0378 |
| 520344612 | *+ | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 520344638 | *+ | Sprint Customer Service, PO Box 8077, London, KY 40742-8077 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Herbert B. Raymond | on behalf of Debtor Jason P Hamilton herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Prestige Financial Services Inc. wcraig@egalawfirm.com, |

mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7