Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.:  24−17508−JKS
                            Chapter:  13
                            Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jason P Hamilton
    aka Jason P Hamilton Sr.
    172 Glenwood Road
    Elizabeth, NJ 07208

Social Security No.:
    xxx−xx−0708

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       6/12/25
Time:      10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

      The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,

COMMISSION OR FEES
$1,350.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
               creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
               creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

      An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 27, 2025
JAN:

                                                            Jeanne Naughton
                                                            Clerk

Case 24-17508-JKS    Doc 55    Filed 05/29/25    Entered 05/30/25 00:16:29    Desc Imaged
Certificate of Notice    Page 2 of 6

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17508-JKS |
| Jason P Hamilton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 27, 2025 | Form ID: 137 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason P Hamilton, 172 Glenwood Road, Elizabeth, NJ 07208-1140 |
| cr | + | Prestige Financial Services, Inc., 2860 Patton Road, Roseville, MN 55113-1100 |
| 520344597 | + | AGL Resources Inc., PO Box 4569, Atlanta, GA 30302-4569 |
| 520344598 | + | AIS Services LLC, 50 California Street, Ste. 150, San Francisco, CA 94111-4612 |
| 520344607 | + | Elizabethtown Gas, PO Box 11811, Newark, NJ 07101-8111 |
| 520344605 | | Elizabethtown Gas, PO Box 1208, Newark, NJ 07101 |
| 520344608 | + | Harley Davidson, 3700 W Juneau Avenue, Milwaukee, WI 53208-2818 |
| 520344615 | + | Johnna Hamilton, 172 Glenwood Road, Elizabeth, NJ 07208-1140 |
| 520344626 | + | NJ EZ Pass NJ, PO Box 4971, Trenton, NJ 08650-4971 |
| 520344622 | + | New Jersey American Water, 233 Canoe Brook Road, Short Hills, NJ 07078-1013 |
| 520344633 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520533601 | + | Prestige Financial Services, Inc., William E. Craig, Esquire, Eisenberg, Gold & Agrawal, P.C., 1040 North Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 27 2025 22:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 27 2025 22:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520344599 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2025 22:54:12 | Capital One Services, Inc., 15000 Capital One Drive, Richmond, VA 23238 |
| 520344600 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2025 23:04:36 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 520344601 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2025 22:43:07 | Capital One, NA, Capital One Bank (USA) N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520344602 | + | Email/Text: commonwealth@ebn.phinsolutions.com | May 27 2025 22:35:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 520344603 | + | Email/Text: commonwealth@ebn.phinsolutions.com | May 27 2025 22:35:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 520344604 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2025 22:42:44 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520344606 | + | Email/Text: g2sogasbnkr@southernco.com | May 27 2025 22:35:00 | Elizabethtown Gas, PO Box 4569, Atlanta, GA 30302-4569 |
| 520344609 | + | Email/Text: bankruptcy.notices@hdfsi.com | May 27 2025 22:36:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 520344610 | + | Email/Text: bankruptcy.notices@hdfsi.com | | |

Case 24-17508-JKS    Doc 55    Filed 05/29/25    Entered 05/30/25 00:16:29    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 27, 2025 | Form ID: 137 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| 520414695 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | May 27 2025 22:36:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 520344613 | + Email/Text: Bankruptcy@ICSystem.com | May 27 2025 22:35:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 520344611 | + Email/Text: Bankruptcy@ICSystem.com | May 27 2025 22:36:00 | IC Systems, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520344617 | + Email/PDF: resurgentbknotifications@resurgent.com | May 27 2025 22:36:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 520344616 | ^ MEBN | May 27 2025 22:42:49 | LVNV Funding, Attn: Resurgent Capital, 15 South Main Street, Greenville, SC 29601-2743 |
| 520384649 | Email/Text: BankruptcyECFMail@mccalla.com | May 27 2025 22:35:32 | Logs Legal Group LLC, 14000 Commerce Parkway, Ste. B, Mount Laurel, NJ 08054-2242 |
| 520344618 | + Email/Text: nsm_bk_notices@mrcooper.com | May 27 2025 22:36:00 | Nationstar Mortgage LLC., McCalla Raymer Leibert Pierce, LLC, c/o Laura Egerman, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830 |
| 520344619 | + Email/Text: nsm_bk_notices@mrcooper.com | May 27 2025 22:35:00 | Mr. Cooper, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 520399178 | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2025 22:35:00 | Mr. Cooper, 800 State Highway 121 Bypass, Lewisville, TX 75067-4180 |
| 520344625 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 27 2025 22:36:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas , TX , 75261-9741 |
| 520344627 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 27 2025 22:35:00 | NJ EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 520344628 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 27 2025 22:35:00 | NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 520391105 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 27 2025 22:35:00 | NJ Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095 |
| 520344620 | + Email/Text: nsm_bk_notices@mrcooper.com | May 27 2025 22:35:00 | New Jersey Turnpike Authority, Ramn de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520344623 | + Email/Text: csc.bankruptcy@amwater.com | May 27 2025 22:36:00 | Nationstar Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520344624 | + Email/Text: csc.bankruptcy@amwater.com | May 27 2025 22:36:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 520344621 | Email/Text: csc.bankruptcy@amwater.com | May 27 2025 22:36:00 | New Jersey American Water, 1 Water Street, Camden, NJ 08102-1658 |
| 520367571 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2025 22:36:00 | New Jersey American Water, PO Box 371476, Pittsburgh, PA 15250-7331 |
| 520344629 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2025 22:53:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520344630 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2025 22:53:51 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 520344631 | Email/Text: signed.order@pfwattorneys.com | May 27 2025 22:53:43 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520377777 | + Email/Text: bankruptcy@gopfs.com | May 27 2025 22:35:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520344632 | ^ MEBN | May 27 2025 22:36:00 | PRESTIGE FINANCIAL SERVICES, BANKRUPTCY DEPARTMENT, PO BOX 26707, SALT LAKE CITY, UT 84126-0707 |
| 520344634 | + Email/PDF: resurgentbknotifications@resurgent.com | May 27 2025 22:33:44 | Prestige Financial Services, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520344635 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2025 22:42:30 | Resurgent Capital, 15 S Main Street, Ste. 600, Greenville, SC 29601-2768 |
| 520344636 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | May 27 2025 22:42:52 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520344637 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | May 27 2025 22:42:19 | Sprint, 6360 Sprint Parkway, Overland Park, KS 66251-6101 |
| 520404781 | + | Email/PDF: ebn_ais@aisinfo.com | May 27 2025 22:54:15 | Sprint Customer Service, PO Box 8077, London, KY 40742-8077 |
| | | | May 27 2025 22:54:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520344614 | *+ | IC Systems, Inc, P0 Box 64378, Saint Paul, MN 55164-0378 |
| 520344612 | *+ | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 520344638 | *+ | Sprint Customer Service, PO Box 8077, London, KY 40742-8077 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Herbert B. Raymond | on behalf of Debtor Jason P Hamilton herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Prestige Financial Services Inc. wcraig@egalawfirm.com, |

District/off: 0312-2      User: admin      Page 4 of 4

Date Rcvd: May 27, 2025      Form ID: 137      Total Noticed: 51

mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7