| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CXE 20-027352<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Kathleen M. Magoon - 040682010<br>Elizabeth L. Wassall - 023211995<br>ATTORNEYS FOR NATIONSTAR MORTGAGE LLC | **Order Filed on July 25, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JASON P. HAMILTON AKA JASON P. HAMILTON, SR.,<br><br>                              DEBTOR | Case No.: 24-17508-JKS<br><br>Judge: HONORABLE JOHN K. SHERWOOD<br><br>Chapter: 13 |

Recommended Local Form            ☐ Followed            ☒ Modified

# ORDER GRANTING MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: July 25, 2025**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of LOGS LEGAL GROUP LLP, Attorneys for NATIONSTAR MORTGAGE LLC under Bankruptcy Code section 362(d) for relief from the Automatic Stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒Real property more fully described as: **Lot 791 Block 10**
**Commonly known as 172 Glenwood Road, Elizabeth, New Jersey 07208.**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property as sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor Johnna Hamilton, to permit the Plaintiff to pursue its rights in the real property described above.

It is ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.