UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CXE 20-027352
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC

In Re:

JASON P. HAMILTON AKA JASON P. HAMILTON, SR.,

DEBTOR

Case No.: 24-17508-JKS

Judge: HONORABLE JOHN K. SHERWOOD

Chapter: 13

**Order Filed on August 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## CONSENT ORDER RESOLVING MOTION TO REINSTATE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 20, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter being opened to the Court by Herbert B. Raymond, Attorney for Debtor, upon the filing of a Motion to Reinstate Stay [ECF Doc.: 60], and LOGS Legal Group LLP, Attorneys for Nationstar Mortgage LLC, hereinafter "Secured Creditor", upon the filing of an Objection [ECF Doc.: 62], and due notice of said Objection having been given to the Trustee, the Debtor and the attorney for the Debtor, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Secured Creditor agrees that the Automatic Stay and all provisions of 11 U.S.C. §362(a) are hereby reinstated in full force until otherwise ordered.

2. As of August 1, 2025, Debtor is delinquent in post-petition payments for the months of March 1, 2025 through May 1, 2025 in the amount of $3,562.06 each, and June 1, 2025 through and including August 1, 2025 in the amount of $3,528.80 each, for a total post-petition delinquency amount of $21,272.58 due to the Secured Creditor.

3. To cure the delinquency outlined in paragraph one (1) above, Debtor shall remit $21,272.58 to Secured Creditor within ten (10) days of the entry of this Order.

4. Starting September 1, 2025, Debtor shall also maintain all contractually due post-petition payments, which currently amount to $3,528.80 monthly, directly to Secured Creditor.

5. Debtor shall reimburse Secured Creditor $1,350.00 in attorney fees and $199.00 in court costs for its Motion for Relief From Stay through his/her Chapter 13 Plan of Reorganization. *The Trustee shall amend his/her records to reflect same and shall set up on the Trustee's ledger.*

6. If the Debtor fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

We hereby consent to the form, content, and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall  
Elizabeth L. Wassall, Esquire  
Attorney for the Secured Creditor

Date: 8-19-2025

Herbert B. Raymond, Esquire  
Attorney for the Debtor

Date: 8/19/2025