UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CXE 20-027352
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC

Order Filed on August 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JASON P. HAMILTON AKA JASON P. HAMILTON, SR.,

                DEBTOR

Case No.: 24-17508-JKS

Judge: HONORABLE JOHN K. SHERWOOD

Chapter: 13

## CONSENT ORDER RESOLVING MOTION TO REINSTATE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: August 20, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

This matter being opened to the Court by Herbert B. Raymond, Attorney for Debtor, upon the filing of a Motion to Reinstate Stay [ECF Doc.: 60], and LOGS Legal Group LLP, Attorneys for Nationstar Mortgage LLC, hereinafter "Secured Creditor", upon the filing of an Objection [ECF Doc.: 62], and due notice of said Objection having been given to the Trustee, the Debtor and the attorney for the Debtor, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Secured Creditor agrees that the Automatic Stay and all provisions of 11 U.S.C. §362(a) are hereby reinstated in full force until otherwise ordered.

2. As of August 1, 2025, Debtor is delinquent in post-petition payments for the months of March 1, 2025 through May 1, 2025 in the amount of $3,562.06 each, and June 1, 2025 through and including August 1, 2025 in the amount of $3,528.80 each, for a total post-petition delinquency amount of $21,272.58 due to the Secured Creditor.

3. To cure the delinquency outlined in paragraph one (1) above, Debtor shall remit $21,272.58 to Secured Creditor within ten (10) days of the entry of this Order.

4. Starting September 1, 2025, Debtor shall also maintain all contractually due post-petition payments, which currently amount to $3,528.80 monthly, directly to Secured Creditor.

5. Debtor shall reimburse Secured Creditor $1,350.00 in attorney fees and $199.00 in court costs for its Motion for Relief From Stay through his/her Chapter 13 Plan of Reorganization. *The Trustee shall amend his/her records to reflect same and shall set up on the Trustee's ledger.*

6. If the Debtor fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order. If the default is not cured within ten (10) days of such notice, Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor's Counsel and Debtor as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                              Date: 8-19-2025
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

_(signature)_                                        Date: 8/19/2025
Herbert B. Raymond, Esquire
Attorney for the Debtor

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17508-JKS |
| Jason P Hamilton | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 20, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jason P Hamilton, 172 Glenwood Road, Elizabeth, NJ 07208-1140 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Herbert B. Raymond | on behalf of Debtor Jason P Hamilton herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 20, 2025 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Prestige Financial Services  Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7