# RAYMOND & RAYMOND
Attorneys at Law

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711

Email: herbertraymond@gmail.com
Website: www.bankruptcylaw123.com

August 28, 2025

Honorable John Sherwood, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut St., 3rd Floor
Newark, NJ 07102

    Re: Jason Hamilton, Debtor(s)
       24-17508
       Chapter 13
    Proceeding: Prestige Financial Service's Default
    Certification
    Hearing Date: To Be Determined

Dear Judge Sherwood:

    Please accept this letter in opposition to the above matter.

    The certification states that the debtor is $3,982.90 in arrears with auto payments through July. We have attempted to contact the debtor in order to file a formal response but have not been successful. The deadline to file an opposition is today or else the stay will be automatically vacated.

    However, my office and the debtor did previously discuss this delinquency prior to the default certification being filed, and the debtor's intent may be to nonetheless retain the vehicle.

    I therefore request that the court schedule a hearing on the matter with the intention for a formal opposition to be filed in the meantime.

                          Respectfully submitted,

                            /S/ HERBERT B. RAYMOND, ESQ.
                            -----------------------------
                            HERBERT B. RAYMOND, ESQ.