Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24–17508–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason P Hamilton
   aka Jason P Hamilton Sr.
   172 Glenwood Road
   Elizabeth, NJ 07208

Social Security No.:
   xxx–xx–0708

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/11/25 at 10:00 AM

to consider and act upon the following:

*63* – Creditor's Certification of Default (related document:48 Order on Motion For Relief From Stay) filed by William E. Craig on behalf of Prestige Financial Services, Inc.. Objection deadline is 08/28/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Craig, William)

*67* – Certification in Opposition to (related document:63 Creditor's Certification of Default (related document:48 Order on Motion For Relief From Stay) filed by William E. Craig on behalf of Prestige Financial Services, Inc.. Objection deadline is 08/28/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Prestige Financial Services, Inc.) filed by Herbert B. Raymond on behalf of Jason P Hamilton. (Raymond, Herbert)

Dated: 8/28/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court