Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−17508−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason P Hamilton
   aka Jason P Hamilton Sr.
   172 Glenwood Road
   Elizabeth, NJ 07208

Social Security No.:
   xxx−xx−0708

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:         10/23/25
Time:        10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney

COMMISSION OR FEES
$1,700.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 23, 2025
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-17508-JKS |
| Jason P Hamilton | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 23, 2025 | Form ID: 137 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason P Hamilton, 172 Glenwood Road, Elizabeth, NJ 07208-1140 |
| cr | + | Prestige Financial Services, Inc., 2860 Patton Road, Roseville, MN 55113-1100 |
| 520344597 | + | AGL Resources Inc., PO Box 4569, Atlanta, GA 30302-4569 |
| 520344598 | + | AIS Services LLC, 50 California Street, Ste. 150, San Francisco, CA 94111-4612 |
| 520344607 | + | Elizabethtown Gas, PO Box 11811, Newark, NJ 07101-8111 |
| 520344605 | | Elizabethtown Gas, PO Box 1208, Newark, NJ 07101 |
| 520344608 | + | Harley Davidson, 3700 W Juneau Avenue, Milwaukee, WI 53208-2818 |
| 520344615 | + | Johnna Hamilton, 172 Glenwood Road, Elizabeth, NJ 07208-1140 |
| 520344626 | + | NJ EZ Pass NJ, PO Box 4971, Trenton, NJ 08650-4971 |
| 520344622 | + | New Jersey American Water, 233 Canoe Brook Road, Short Hills, NJ 07078-1013 |
| 520344633 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 520533601 | + | Prestige Financial Services, Inc., William E. Craig, Esquire, Eisenberg, Gold & Agrawal, P.C., 1040 North Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 23 2025 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 23 2025 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520344599 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2025 20:54:47 | Capital One Services, Inc., 15000 Capital One Drive, Richmond, VA 23238 |
| 520344600 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2025 20:55:56 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 520344601 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 23 2025 20:55:42 | Capital One, NA, Capital One Bank (USA) N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520344602 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Sep 23 2025 20:43:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 520344603 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Sep 23 2025 20:43:00 | Commonwealth Financial Systems, 245 Main Street, Scranton, PA 18519-1641 |
| 520344604 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2025 20:55:58 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520344606 | + | Email/Text: g2sogasbnkr@southernco.com | Sep 23 2025 20:43:00 | Elizabethtown Gas, PO Box 4569, Atlanta, GA 30302-4569 |
| 520344609 | + | Email/Text: bankruptcy.notices@hdfsi.com | Sep 23 2025 20:44:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 520344610 | + | Email/Text: bankruptcy.notices@hdfsi.com | | |

Case 24-17508-JKS    Doc 75    Filed 09/25/25    Entered 09/26/25 00:16:36    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: 137 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| | | Sep 23 2025 20:44:00 | Harley Davidson Financial, 3850 Arrowhead Drive, Carson City, NV 89706-2016 |
| 520414695 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Sep 23 2025 20:43:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 520344613 | + Email/Text: Bankruptcy@ICSystem.com | Sep 23 2025 20:43:00 | IC Systems, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 520344611 | + Email/Text: Bankruptcy@ICSystem.com | Sep 23 2025 20:43:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 520344617 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2025 20:54:51 | LVNV Funding, Attn: Resurgent Capital, 15 South Main Street, Greenville, SC 29601-2743 |
| 520344616 | ^ MEBN | Sep 23 2025 20:46:12 | Logs Legal Group LLC, 14000 Commerce Parkway, Ste. B, Mount Laurel, NJ 08054-2242 |
| 520384649 | Email/Text: BankruptcyECFMail@mccalla.com | Sep 23 2025 20:43:00 | Nationstar Mortgage LLC., McCalla Raymer Leibert Pierce, LLC, c/o Laura Egerman, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830 |
| 520344618 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 23 2025 20:43:00 | Mr. Cooper, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 520344619 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 23 2025 20:43:00 | Mr. Cooper, 800 State Highway 121 Bypass, Lewisville, TX 75067-4180 |
| 520399178 | Email/Text: nsm_bk_notices@mrcooper.com | Sep 23 2025 20:43:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas , TX , 75261-9741 |
| 520344625 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 23 2025 20:43:00 | NJ EZ Pass, PO Box 4973, Trenton, NJ 08650 |
| 520344627 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 23 2025 20:43:00 | NJ EZ Pass Service Center, PO Box 4973, Trenton, NJ 08650 |
| 520344628 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 23 2025 20:43:00 | NJ Turnpike Authority, PO Box 5042, Woodbridge, NJ 07095 |
| 520391105 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 23 2025 20:43:00 | New Jersey Turnpike Authority, Ramn de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520344620 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 23 2025 20:43:00 | Nationstar Mortgage, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520344623 | + Email/Text: csc.bankruptcy@amwater.com | Sep 23 2025 20:44:00 | New Jersey American Water, PO Box 578, Alton, IL 62002-0578 |
| 520344624 | + Email/Text: csc.bankruptcy@amwater.com | Sep 23 2025 20:44:00 | New Jersey American Water, 1 Water Street, Camden, NJ 08102-1658 |
| 520344621 | Email/Text: csc.bankruptcy@amwater.com | Sep 23 2025 20:44:00 | New Jersey American Water, PO Box 371476, Pittsburgh, PA 15250-7331 |
| 520367571 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2025 20:55:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520344629 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2025 20:56:42 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 520344630 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2025 20:54:49 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520344631 | Email/Text: signed.order@pfwattorneys.com | Sep 23 2025 20:43:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 520377777 | + Email/Text: bankruptcy@gopfs.com | Sep 23 2025 20:44:00 | PRESTIGE FINANCIAL SERVICES, BANKRUPTCY DEPARTMENT, PO BOX 26707, SALT LAKE CITY, UT 84126-0707 |
| 520344632 | ^ MEBN | Sep 23 2025 20:42:46 | Prestige Financial Services, Attn: Bankruptcy, 351 W Opportunity Way, Draper, UT 84020-1399 |
| 520344634 | + Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 24-17508-JKS    Doc 75    Filed 09/25/25    Entered 09/26/25 00:16:36    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: 137 | Total Noticed: 51 |

| | | | |
|---|---|---|---|
| | | Sep 23 2025 20:56:46 | Resurgent Capital, 15 S Main Street, Ste. 600, Greenville, SC 29601-2768 |
| 520344635 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2025 20:54:54 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520344636 | + Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 23 2025 20:54:39 | Sprint, 6360 Sprint Parkway, Overland Park, KS 66251-6101 |
| 520344637 | + Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 23 2025 20:55:03 | Sprint Customer Service, PO Box 8077, London, KY 40742-8077 |
| 520404781 | + Email/PDF: ebn_ais@aisinfo.com | Sep 23 2025 20:56:35 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520344614 | *+ | IC Systems, Inc, P0 Box 64378, Saint Paul, MN 55164-0378 |
| 520344612 | *+ | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 520344638 | *+ | Sprint Customer Service, PO Box 8077, London, KY 40742-8077 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Herbert B. Raymond | on behalf of Debtor Jason P Hamilton herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | |

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Sep 23, 2025 | Form ID: 137 | Total Noticed: 51

on behalf of Creditor Prestige Financial Services  Inc. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7