UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)

Order Filed on November 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JASON HAMILTON, DEBTOR(S)

Case No.: 24-17508 (JKS)

Adv. No.:

Hearing Date: October 23, 2025

Judge: JOHN SHERWOOD

REVISED ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

DATED: November 3, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Jason Hamilton, Debtor(s)

Case no.  24-17508 (JKS)

Caption of order: Revised Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,700.00** for services rendered and expenses in the amount **$0.00**  for a total of **$1,700.00**.  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____  outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$700 per month for nine (9) months**

**$754 per month for three (3) months starting May 2025**

**$784 per month for three (3) months starting August 2025**

**$826 per month for forty-five (45) months starting November 2025**

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be disbursed in payment of applicant's allowed administrative

expenses before a refund is issued to the debtor.